IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| ROBERT PODLASZEWSKI and<br>LAURIE PODLASZEWSKI,<br><br>Plaintiffs<br><br>v.<br><br>HUNTER'S VIEW LTD. and<br>GANDER MOUNTAIN,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

2:07-cv-1244

HONORABLE GARY LANCASTER

*ELECTRONICALLY FILED*

## STIPULATION OF DISMISSAL

We, the attorneys for the respective parties, do hereby stipulate that the parties have

reached a settlement of the above-captioned action and that the Court may enter an Order

accordingly, notice by the Clerk hereby being waived.

s/ James M. Fox
James M. Fox, Esq.
Nakles and Nakles
1714 Lincoln Avenue
Latrobe, PA 15650
(724) 539-1291
PA I.D. No. 58824

s/ Rami M. Awadallah
Rami M. Awadallah, Esq.
Mannion & Gray Co, L.P.A.
122 Capitol Street, Suite 100
Charleston, WV 25301
(304) 513-4242

**ORDER**

AND NOW, this _30_ Day of _July_, 2009, it is so ORDERED.

UNITED STATES DISTRICT JUDGE